**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2319
_____

EHI ACQUISITIONS, LLC,
Appellant

v.

UNITED STATES OF AMERICA
_____

On Appeal from the District Court
of the Virgin Islands
(D.C. No. 3:22-cv-00044)
Circuit Judge: Honorable Cheryl Ann Krause[*]
_____

Argued May 2, 2025

Before:  RESTREPO, FREEMAN, and McKEE, *Circuit Judges*

(Opinion filed: May 20, 2025)

_____

OPINION[**]
_____

---

[*]The Honorable Cheryl Ann Krause, Circuit Judge sitting by designation pursuant to 28 U.S.C. § 291(b).

[**]This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

Julien A. Adams [**ARGUED**]
Gregory S. Dovel
Dovel & Luner
201 Santa Monica Boulevard
Suite 600
Santa Monica, CA 90401

Craig M. O'Shea
Dudley Newman & Feuerzeig
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00802
          *Counsel for Appellant*

Adam Sleeper [**ARGUED**]
Aysha Gregory
Office of United States Attorney
5500 Veterans Drive
United States Courthouse, Suite 260
St. Thomas, VI 00802
          *Counsel for Appellee*

McKEE, *Circuit Judge*.

EHI Acquisitions, LLC appeals the District Court's grant of Defendant's motion for summary judgment.

In her well-reasoned and thorough opinion, Judge Krause explained why EHI is not entitled to relief and why the Defendant was entitled to judgment as a matter of law.[1] As Judge Krause detailed, even if the relevant indenture is ambiguous, extrinsic evidence makes the result clear. We can add little to Judge Krause's analysis and discussion, and we will therefore affirm the District Court's order substantially for the reasons set forth in that opinion.

---

[1] *EHI Acquisitions, LLC v. United States*, No. 3:22-CV-00044, 2024 WL 1717090, at *8–9 (D.V.I. Apr. 22, 2024) (caption misspelled in the opinion).

2